IN THE UNITED STATES DISTRICT COURT
FOR THE RECEIVED
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION 2007 FEB 20  P 3: 14

| | |
|---|---|
| JOHN DEERE CREDIT, a Delaware corporation, and DEERE & COMPANY, a Delaware corporation, | DEBRA P. HACKETT, CLK<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT ALA<br><br>CASE NO. _2:07CV 150-MHT_ |
| **Plaintiffs,** | |
| **V.** | |
| DREW HOOVER, an individual, and KIMBERLY HOOVER, an individual, | |
| **Defendants.** | |

## COMPLAINT

COME NOW the Plaintiffs, John Deere Credit, and Deere & Company (hereinafter referred to collectively as "Deere"), and file this Complaint showing the Court the following:

### JURISDICTION AND VENUE

1. This Court has jurisdiction of the instant proceeding and the parties pursuant to 28 U.S.C. §1332.

2. The amount in controversy exceeds $75,000.00.

3. There is the requisite diversity between the parties.

4. Venue is proper in that pursuant to 28 U.S.C. § 1331(a) (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated in Covington County, Alabama. The events that are referenced or identified include signing of the respective contracts and storage of the referenced equipment.

### PARTIES

5. Deere is a Delaware corporation with principal offices in Johnston, Iowa.

6.  Deere & Company is a Delaware corporation, with principal offices in Moline, Illinois.

7.  Drew Hoover is over the age of 19 years and it is currently unknown if Mr. Hoover is a resident/citizen of Alabama or Florida.

8.  Kimberly Hoover is over the age of 19 years and it is currently unknown if Mrs. Hoover is a resident/citizen of Alabama or Florida.

## STATEMENT OF THE FACTS

9.  Broken Arrow Farm, LLC ("Broken Arrow"), is an Alabama limited liability company, does business in Florala, Covington County, Alabama, and is not a party to this action.

10. Broken Arrow filed a petition for an order of relief under Chapter 11, Title 11, of the United States Bankruptcy Code, November 15, 2006. As a result of the filing of the aforesaid Chapter 11 bankruptcy petition, all proceedings were stayed by virtue of the provisions of the 11 U.S.C. Section 362(a).

11. There is no stay under Title 11 that applies to codebtors in Chapter 11 cases.

12. The note and security agreement which is the subject of default by the Defendants was signed in Covington County, Alabama, and the collateral that secures the debt is located in Covington County, Alabama.

13. Broken Arrow and one or both Defendants are makers and co-makers for the following loan contracts/security agreements:

| Ex | Loan Number | Origination Date | Original Principal Amount | Payoff Amount (December 13, 2006) |
|---|---|---|---|---|
| A | 01043764674AB | 10/29/03 | $31,276.87 | $27,693.56 |
| B | 01043764674AD | 01/03/05 | $84,235.60 | $72,994.30 |

2

14. As of November 1, 2002, the combined total payoff balance of the instant loan contract-security agreements is $100,687.86.

15. Deere has not received a payment on either of the notes since June 2006.

16. Broken Arrow and the Defendants have defaulted in the payment of their obligations to Deere.

## FIRST CAUSE OF ACTION
## (BREACH OF CONTRACT, LOAN 01043764674-AB)

17. Deere moves to adopt and incorporate by reference paragraphs 1 - 16.

18. Defendant Drew Hoover is in arrears and has breached the loan contract-security agreement by failing to make payments according to the terms of the agreement.

19. The deficiency owed under this loan contract-security agreement, as of December 13, 2006, is $27,693.56.

WHEREFORE, Deere claims of Defendant, Drew Hoover, the amount of $27,693.56, together with interest, costs, attorney fees, and for such other and further relief as this Court deems just and appropriate.

## SECOND CAUSE OF ACTION
## (BREACH OF CONTRACT, LOAN 01043764674-AD)

20. Deere moves to adopt and incorporate by reference paragraphs 1 - 16.

21. Defendants Drew Hoover and Kimberly Hoover are in arrears and have breached the loan contract-security agreement by failing to make payments according to the terms of the agreement.

22. The deficiency owed under this loan contract-security agreement, as of December 13, 2006, is $72,994.30.

WHEREFORE, Deere claims of Defendants, Drew Hoover and Kimberly Hoover, the amount of $72,994.30, together with interest, costs, attorney fees, and for such other and further relief as this Court deems just and appropriate.

Respectfully submitted on February 20, 2007.

Memory & Day

By: _____

Von G. Memory
ASB-8137-071V

James L. Day
ASB-1256-A55J

Attorneys for John Deere Credit, Inc.
and Deere & Company

OF COUNSEL:

Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

# EXHIBIT
# A

Contract No: 04-3764674

**FIXED RATE CONTRACT**
AG/L&GC Business or Commercial Use
RTN3015 (03-07)



# JOHN DEERE CREDIT

## LOAN CONTRACT — SECURITY AGREEMENT

Date Contract Printed:  10/15/2003    O1AB

| SELLER'S NAME AND ADDRESS | DEALER NUMBER | PHONE NUMBER | DATE ACCEPTED BY DEERE & COMPANY For Office Use Only |
|---|---|---|---|
| BRYSON IMPLEMENT CO., INC. P.O. BOX 329 SAMSON, AL 36477 | 01-0010 | 334-898-7156 | |

PO1 6875

**PHYSICAL DAMAGE INSURANCE REQUIRED:  (See Provisions Below)**
The insurance provided does not include liability insurance coverage for bodily injury or property damage caused to others. If I want liability insurance coverage, I must get that from an agent of my choice.

Broken Arrow Farm, LLC

| INSURANCE DISCLOSURES: I know I may obtain Physical Damage Insurance from anyone I want that is acceptable to you. If I get this insurance through you, I will pay the premium shown at right. No insurance will be provided unless I sign at the right and the premium is shown. | NO. Pymts. | TOTAL PREMIUM | I want Physical Damage Insurance (Sign in this box) |
|---|---|---|---|
| | 5 | $395.00 | X Drew Hoover |

| BORROWER'S NAME AND ADDRESS | CO-BORROWER'S NAME AND ADDRESS |
|---|---|
| BROKEN ARROW FARMS LLC P O BOX 354 FLORALA, AL 34622 | DREW HOOVER 211 GEOHAGEN CIRCLE LAUREL HILL, FL 32567 |

| BORROWER'S FED TAX ID. NUMBER | BORROWER'S PHONE NO. | TYPE OF BUSINESS | CO-BORROWER'S SSN | CO-BORROWER'S PHONE NO. |
|---|---|---|---|---|
| 04-3764674 | 850-834-4286 | LLC | XXX-XX-0086 | |

| BORROWER RESIDES IN (County / State) | BORROWER AGREES TO KEEP GOODS IN (County, State) | NAME AND TITLE OF SIGNING OFFICER (If Corporation or Limited Liability Company) |
|---|---|---|
| COVINGTON, AL | COVINGTON, AL | DREW HOOVER-PRESIDENT |

I hereby apply to Deere & Company (the "Lender") for a loan of the Amount Financed shown below, and on the following terms and conditions. The amount of the UNPAID BALANCE shown below on Line 3 is to be used to finance the BALANCE DUE on the PURCHASE ORDER executed in connection with this purchase from the Seller of the Equipment described below (the "Goods"). I have examined and received the Goods. You can inspect the Goods at any reasonable time. I represent that any trade-in property, is free and clear of all security agreements, liens and encumbrances and acknowledge that this loan is not contingent on further financing.

**PARTIES:** In this agreement, the words "I", "me", and "my" mean the persons, whether one or more, who sign it as "Borrower(s)" (who is also known as "Debtor(s)"). Except as contained in the Notice to Borrower(s) paragraph, the words "you" or "your" refer to the "Lender" or to anyone the Lender assigns this agreement.

**PROMISSORY NOTE:** If this Loan Contract is accepted by Lender, I promise to pay to Lender or its order the TOTAL as in line 8 below, in MONTHLY INSTALLMENTS and/or INSTALLMENTS OTHER THAN MONTHLY as shown below. If more than one person signs this agreement as "Borrower" we will be jointly and severally liable for all amounts due under this agreement. I represent that the Goods are being purchased for a business, commercial or agricultural purpose.

EQUIPMENT PURCHASED

| QTY. | NEW/ USED | MFR. | MODEL | GOODS (Equipment) | PRODUCT ID NO. | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | LV5420S243463 | $28,400.00 |
| 1 | New | JD | 5420 | MFWD TRACTOR | WOO541C023590 | $5,075.00 |
| 1 | New | JD | 541 | SELF LEVELING LOADER | | |

☐ **Original Copy (JDC)**   ☐ **Dealer Copy**   ☐ **Customer Copy**

Equipment Type: A    04-3764674    X _____ Customer Initials

Rec'd Through U.S. Mail

OCT 2 8 2003    PAGE 1 OF 4

JOHN DEERE CREDIT

RTN3015  9/10/2003    Document Number: 60627684

## TRADE-IN and CASH DOWN PAYMENT

| QTY. | MFR. | MODEL | DESCRIPTION OF TRADE-IN (From Purchase Order) | | PRODUCT ID NO. | AMOUNT |
|------|------|-------|----------------------------------------------|---|----------------|--------|
| | | | | | | $0.00 |
| | | | Allowance: $0.00  Payoff Amount: $0.00<br>Lien Holder: | Payoff Account:<br>Phone Number:<br>JDC to make Payoff: No | | |

| | |
|---|---|
| TOTAL TRADE-IN: | $0.00 |
| CASH DOWN PAYMENT: | $3,500.00 |
| TOTAL TRADE-IN PLUS CASH DOWN: | $3,500.00 |

The amounts shown below as Finance Charge, Total of Payments and Total Sale Price are estimates based upon the assumption that payments will be made on the scheduled payment due date according to the installment schedule. The actual Finance Charge, Total of Payments, and Total Sale Price may vary depending upon the early or late payment of scheduled installments.

### CONTRACT INSTALLMENTS

| DATE FINANCE CHARGE BEGINS: | September 10, 2003 |
|---|---|

Unless otherwise provided below payments are due each successive month on the same day of the month as the first payment

| NUMBER OF PAYMENTS | AMOUNT OF EACH PAYMENT | FIRST PAYMENT DUE DATE |
|--------------------|------------------------|------------------------|
| 1 | $7,005.91 | September 10, 2004 |
| 1 | $7,005.91 | September 10, 2005 |
| 1 | $7,005.91 | September 10, 2006 |
| 1 | $7,005.91 | September 10, 2007 |
| 1 | $7,005.91 | September 10, 2008 |

### ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| SALES TAX (Paid to Govt. Agencies) | | $836.87 |
| CASH PRICE (Including Tax) | 1 | $34,311.87 |
| TOTAL DOWN PAYMENT (Sum of Trade-In & Cash Down Payment) . | 2 | $3,500.00 |
| UNPAID BALANCE OF CASH PRICE (The amount credited to my account with you). | 3 | $30,811.87 |
| ORIGINATION CHARGE | 4A | $50.00 |
| OFFICIAL FEES (Paid to Public Officials) | 4B | $20.00 |
| INSURANCE (Physical Damage Paid to Insurance Companies) | 5 | $395.00 |
| AMOUNT FINANCED       (Lines 3, 4A, 4B & 5). | 6 | $31,276.87 |
| FINANCE CHARGE (Based on line 6) | 7 | $3,752.68 |
| TOTAL OF PAYMENTS (Lines 6 & 7) | 8 | $35,029.55 |
| ANNUAL PERCENTAGE RATE | | 3.90% |
| TOTAL SALE PRICE       (Lines 1, 4A, 4B, 5 & 7). | | $38,529.55 |

**SECURITY AGREEMENT:** To secure the obligation evidenced by this contract and any other obligation that I may owe to Lender or to Lender's affiliates, I grant Lender a Security Interest in the Goods described above and all parts and accessories now or hereafter incorporated in or on such Goods by way of addition, accession or replacement. I also grant you a Security Interest in all proceeds, including insurance proceeds and refund of insurance premiums financed hereunder. I agree that all security granted on any other Contract between myself and Lender or any of Lender's affiliates shall also secure the obligations described in this Contract.

**PREPAYMENT REFUND:** I may prepay the full outstanding balance due under this agreement at any time before my payments are due and will get a refund of any unearned finance charge.

**ADDITIONAL CONTRACT INFORMATION:** See all of the pages of this agreement for additional information regarding non-payment, default, the right to demand immediate payment, and prepayment refunds.

**LATE CHARGES:** In addition to promising to pay the installments set forth above, I promise to pay past due interest accrued from maturity of each installment in default more than 10 days at 20% per annum.

**STATE LAW APPLYING:** The construction and validity of this Agreement shall be controlled by the law of Iowa, where this agreement is accepted and entered into, and the validity of the security interest shall be controlled by the law of the state where the Goods are to be kept and used. I acknowledge that any Iowa state law compulsory mediation requirements will apply to this agreement or the Goods financed thereunder only if I am a resident of the State of Iowa.

**PREPAYMENT REFUNDS:** Any refund of unearned finance charges (as described above) will be figured by the actuarial method (a common formula for figuring refunds on the early payment of installment contracts). If I make payments earlier or later than the scheduled payment due date, the actual finance charge earned will be different than shown above.

**NSF FEES:** If payment is made by a check which is dishonored, I agree to pay you a fee of $20.

**APPLICATION OF PAYMENTS AND PROCEEDS:** Any money that you get from me as well as any insurance proceeds, proceeds from the disposition of the Goods following repossession and returned insurance premiums may be applied, at your choice to what I owe under this Agreement or to any other debt I owe you, or any of your affiliates, in spite of any instructions I may send you. Also, they may be applied to finance charges before the unpaid balance of the amount financed or to late charges, charges for dishonored checks and past due interest before installments. If any proceeds from the sale of the Goods or insurance are applied to the debt, I remain liable to make each periodic payment described in this contract until it is paid in full. You can accept payments marked "paid in full" or with any other restrictive endorsements, without losing any of your rights under this Agreement. I agree that if my last payment under this Agreement exceeds the amount required to be paid by $25.00 or less, you may retain that surplus amount.

_(signature)_
Customer Initials

PAGE 2 OF 4

Rec'd Through U.S. Mail

OCT 2 8 2003

JOHN DEERE CREDIT

RTN3015  9/10/2003     Document Number: 60627684     Equipment Type: A     04-3764674

**DEFAULT:** This contract shall be in default if: (a) I fail to pay any installment when due, (b) I attempt to sell or encumber any interest in the Goods, (c) I institute or have instituted against me proceedings under any bankruptcy or insolvency law, (d) I make an assignment for the benefit of creditors, (e) I fail to pay any taxes levied on the Goods, (f) any attachment, execution, writ or other process is levied against any of my property, (g) I fail at any time to keep the Goods properly insured as described below, (h) I remove the Goods, without prior written notice to Lender, from the location in which I have agreed to keep them, (i) I fail to maintain the Goods in good condition and repair or permit its value to be impaired, (j) I permit the Goods to be used in violation of any law, regulation or policy of insurance, (k) any representation, warranty or statement is made to Lender in connection with this agreement which is false in any material respect when made, (l) any legal entity such as a partnership, limited liability company or corporation that has agreed to pay this agreement ceases to do business, dissolves, liquidates its assets or terminates or fails to maintain its corporate existence, (m) if I die or become incompetent, or (n) for any reason Lender deems the debt or security unsafe. In any such event Lender may take possession of any Goods in which Lender has a Security Interest and exercise any other remedies provided by law, and may immediately and without notice declare the entire balance of this contract due and payable. In addition, to the extent permitted by law, Lender may collect all reasonable expenses, including attorneys' fees, bankruptcy fees and costs and collection and repossession fees incurred in realizing on the Security Interest granted hereunder, or otherwise enforcing the terms of this contract.

If you take possession of the Goods after I default, it shall be commercially reasonable for Lender to sell the Goods at a public or private sale: (i) at wholesale to a dealer in used goods of like kind; (ii) at retail to a purchaser directly or through a dealer in such used goods; or (iii) to any John Deere dealer or comparable dealer or equipment through any on-line or in-person auction or other sale, such action shall constitute a commercially reasonable sale. I acknowledge that you may, instead of selling the security, lease or rent the security and such action shall be commercially reasonable so long as you apply the proceeds of such lease or rental to the indebtedness either as such payments are received, or based upon a present value of the scheduled lease or rental payments. The enumeration of the methods described in this paragraph are without limitation to the Lender's right to dispose of the Goods by any other manner or method, whether by sale, lease, or otherwise, in a commercially reasonable fashion. A ten day notice of sale mailed to me at my address as shown on your records shall be considered reasonable notice, unless otherwise specified by law.

**RISK OF LOSS AND OTHER AGREEMENTS:** The Goods are held by me at my risk and expense with no abatement in my obligation on account of loss or damage. I will settle all claims of any kind against SELLER directly with SELLER and I will not use any such claim as a defense, setoff or counterclaim against any effort by Lender to enforce this contract. Waiver or condonation of any breach or default shall not constitute a waiver of any other or subsequent breach or default. You will not lose any rights you have if you accept late or partial payments or delay enforcing your rights under this Agreement. I agree that a financing statement which describes either the security contained in this Contract or a financing statement which references all equipment currently or in the future financed by Lender or its assigns, may be filed in the appropriate governmental office. I agree that I will notify you whenever I change my state of location, as such term is used in Section 9-307 of the Uniform Commercial Code. FAX AND ELECTRONIC SIGNATURE: Each person who signs this contract agrees that any carbon signature, facsimile signature or electronic signature shall constitute an original signature within the meaning of applicable law, for all purposes. Any provision hereof prohibited by law shall be ineffective and deemed deleted to the extent of such prohibition and shall not invalidate any other provision hereof. Lender may correct patent or clerical errors in this contract, or in any purchase orders or financing statements executed in connection herewith. CONSENT TO RECORD CALLS: I consent and agree that my telephone conversations with you may be monitored and recorded to further improve your customer service.

**PHYSICAL DAMAGE INSURANCE PROVISIONS:** I agree that (except to the extent this contract is for service work) I will at all times keep the Goods insured against all risks of loss, damage or destruction for their full insurable value, with Lender listed as loss payee. I may choose the person through whom I obtain the insurance, but the insurance must be acceptable to Lender. Such insurance will provide that it may not be cancelled by me without Lender's consent and may not be cancelled by the insurer without at least 10 days written notice to Lender. I agree to provide Lender with evidence of the paid-up insurance policy that I have on the Goods within 15 days of the date of this contract and at least 30 days before the renewal date. It is understood that if I fail to deliver to Lender satisfactory evidence of paid-up insurance, Lender may, but shall not be obligated to, purchase such insurance. I agree to pay the cost thereof either at such time or times as Lender demands, together with interest thereon at the Annual Percentage Rate until paid, or to have such cost added as increases in the amounts of the installments at the sole discretion of Lender. If I provide evidence of paid-up insurance after these time periods, I agree to reimburse Lender for the cost of any insurance Lender purchased until the date such evidence is provided by me. In addition, if permitted by law, I agree to pay a reasonable administrative fee to Lender for obtaining and cancelling such insurance.

Unless you provide us with evidence of the insurance coverage required by your agreement with us, we may purchase insurance at your expense to protect our interests in your collateral. This insurance may, but need not, protect your interests. The coverage that we purchase may not pay any claim that you make or any claim that is made against you in connection with the collateral. You may later cancel any insurance purchased by us, but only after providing us with evidence that you have obtained insurance as required by your agreement. If we purchase insurance for the collateral, you will be responsible for the costs of that insurance, including interest and any other charges we may impose in connection with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance. The costs of the insurance may be added to your total outstanding balance or obligation. The costs of insurance may be more than the cost of insurance you may be able to obtain on your own.

I understand and agree that I may meet this insurance requirement by having you purchase such insurance. Inclusion of an amount for Physical Damage Insurance in Insurance Disclosures box on the front of this contract will be my election to do this, but such insurance will only be purchased if Deere & Company accepts assignment of this agreement. Such insurance will cover the fair market value of the Goods at the time of loss and will remain in effect until the insurance policy expires, or your Security Interest in the Goods terminates, or I default under this contract and you cancel the insurance, or any of the Goods are repossessed, or the Retail Installment Sales Floater Policy under which you purchased the insurance is terminated.

If I default under this contract, I give you permission to cancel any insurance on the Goods and, if allowed by law, to apply any premium refunds to my debt to you with any excess returned to me.

Any proceeds payable to me from insurance by reason of loss, damage or destruction of the Goods may be applied to my outstanding debt to you or to replacement of the Goods, at your sole discretion.

I understand and agree that you may consider my debt in default if I fail to keep the Goods properly insured at any time before my debt to you is paid in full. If that happens, you may, but are not obligated to, buy insurance to protect the Goods and add the cost to my debt to you, and I promise to pay such additional cost upon your demand.

**FINANCE CHARGE START DATE:** I acknowledge that unless this Contract is not accepted by the Lender, the finance charge shall commence accruing on the date specified above, regardless of when I execute this Contract.

RTN3015  9/10/2003    Document Number: 60627684        Equipment Type: A    04-3764674    Customer Initials

Rec'd Through U.S. Mail
PAGE 3 OF 4

OCT 2 8 2003

JOHN DEERE CREDIT

NOTICE TO BORROWER(S): 1. Do not sign this contract before you have read it or if it contains blank spaces. 2. You are entitled to an exact and completely filled in copy of this contract when you sign it. Keep it to protect your legal rights. 3. Under law, you may have the following rights, among others: (a) to pay off in advance the full amount due and to obtain a partial refund of the finance charge, (b) to redeem the property if repossessed for a default within the time provided by law.

IMPORTANT: BEFORE SIGNING, THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT.

I AGREE THAT THE PROVISIONS ON ALL THE PAGES OF THIS FORM ARE PART OF MY AGREEMENT WITH YOU AND ARE ALSO BINDING ON ME.

**Liability insurance coverage for bodily injury and property damage caused to others not included.**

**CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.**

I acknowledge receipt of a true copy hereof.

BROKEN ARROW FARMS LLC

X _____    9-10-03
DREW HOOVER-PRESIDENT      (Date Signed)

DREW HOOVER

X _____    9-10-03
DREW HOOVER-PRESIDENT      (Date Signed)

DATE AGREEMENT SIGNED:    29Oct03

Accepted By: Deere & COMPANY (Lender)
6400 NW 86th Street, Johnston, IA 50131-6600

By _____
(Authorized Signature)

RTN3015  9/10/2003    Document Number: 60627684      Equipment Type: A    04-3764674    Customer Initials

Rec'd Through U.S. Mail

PAGE 4 OF 4

OCT 2 8 2003

JOHN DEERE CREDIT

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
UCC DEPARTMENT     1-888-427-8713

**B. SEND ACKNOWLEDGEMENT TO: (Name and Address)**

```
JOHN DEERE CREDIT
6400 NW 86TH STREET
P. O. BOX 6630
JOHNSTON, IA  50131
```

Alabama
Sec. Of State
B 03-0962287 FS
Date 10/30/2003
Time       14:13
File       $20.00
ExPg        $.00
Ackn        $.00
Form
Total      $20.00
06/062

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BROKEN ARROW FARM,L.L.C | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO BOX 454 | FLORALA | AL | 34622 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION CORPORATION | 1f. JURISDICTION OF ORGANIZATION AL | 1g. ORGANIZATIONAL ID #, if any 043764674 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| HOOVER | DREW | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 211 GEOHAGEN CIRCLE | LAUREL HILL | FL | 32567 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☒ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE or ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DEERE & COMPANY | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6400 NW 86TH STREET | JOHNSTON | IA | 50131 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

| | | | |
|---|---|---|---|
| JOHN DEERE | 5420 | UTILITY TRACTOR | S/N: S243463 |
| JOHN DEERE | 541 | LOADER | S/N: C023590 |

**5. ALTERNATIVE DESIGNATION (if applicable):** ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed (for Record) (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum    **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional)   ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
SOS     ALABAMA     JDC79 043764674 C 10/28/2003  09/10/2003

FILING OFFICE COPY -- UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

A-B-101

FLORIDA SECURED TRANSACTION REGISTRY

# FILED

## 2003 Sep 19 AM 12:00

**\*\*\*\* 200304988861 \*\*\*\***

\*\*\*C \* 09190331754001-28.00\*\*\*28.00\*\*\*

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
UCC DEPARTMENT       1-888-427-8713

**B. SEND ACKNOWLEDGEMENT TO: (Name and Address)**

JOHN DEERE CREDIT
6400 NW 86TH STREET
P. O. BOX 6630
JOHNSTON, IA  50131

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BROKEN ARROW FARM, L.L.C | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO BOX 454 | FLORALA | AL | 34622 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | CORPORATION | AL | 043764674    ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| HOOVER | DREW | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 211 GEOHAGEN CIRCLE | LAUREL HILL | FL | 32567 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☒ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE or ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| DEERE & COMPANY | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6400 NW 86TH STREET | JOHNSTON | IA | 50131 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

JOHN DEERE        5420        UTILITY TRACTOR                S/N:  S243463

FLORIDA DOCUMENTARY STAMP TAX HAS BEEN PAID.

AA-01

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed (for Record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional) | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
SOS      FLORIDA      JDC79043764674C 09/17/2003  09/10/2003

FILING OFFICE COPY -- UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
UCC DEPARTMENT   1-888-427-8713

**B. SEND ACKNOWLEDGEMENT TO: (Name and Address)**

JOHN DEERE CREDIT
6400 NW 86TH STREET
P. O. BOX 6630
JOHNSTON, IA   50131

Alabama
Sec. Of State
B 03-0818420 FS
Date 9/19/2003
Time 14:13
1 Pg
File $20.00
ExPg $.00
Ackn $.00
Form $.00
Total $20.00
05/004

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BROKEN ARROW FARM,L.L.C | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO BOX 454 | FLORALA | AL | 34622 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | CORPORATION | AL | 043764674 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| HOOVER | DREW | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 211 GEOHAGEN CIRCLE | LAUREL HILL | FL | 32567 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☒ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE or ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| DEERE & COMPANY | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6400 NW 86TH STREET | JOHNSTON | IA | 50131 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

JOHN DEERE   5420   UTILITY TRACTOR   S/N: S243463

AA-01

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed (for Record) (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum | (if applicable) | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional) | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
SOS   ALABAMA   JDC79043764674C 09/17/2003  09/10/2003

FILING OFFICE COPY – UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

FLORIDA SECURED TRANSACTION REGISTRY

# FILED

## 2003 Oct 30 AM 12:00

**** 200305329780 ****

***C * 10300333689801-28.00***28.00***

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

UCC DEPARTMENT    1-888-427-8713

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

JOHN DEERE CREDIT
6400 NW 86TH STREET
P. O. BOX 6630
JOHNSTON, IA   50131

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | |
|---|---|---|
| 1a. ORGANIZATION'S NAME | | |
| BROKEN ARROW FARM, L.L.C | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO BOX 454 | FLORALA | AL | 34622 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | CORPORATION | AL | 043764674 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | |
|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| HOOVER | DREW | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 211 GEOHAGEN CIRCLE | LAUREL HILL | FL | 32567 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☒ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE or ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | |
|---|---|---|
| DEERE & COMPANY | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6400 NW 86TH STREET | JOHNSTON | IA | 50131 | USA |

4. This FINANCING STATEMENT covers the following collateral:

| JOHN DEERE | 5420 | UTILITY TRACTOR | S/N: S243463 |
| JOHN DEERE | 541 | LOADER | S/N: C023590 |

FLORIDA DOCUMENTARY STAMP TAX HAS BEEN PAID.

ABDI

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed (for Record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional) | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

SOS    FLORIDA    JDC79043764674C 10/28/2003 09/10/2003

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# EXHIBIT
# B



**JOHN DEERE**
CREDIT

FIXED RATE CONTRACT
C&FC Business or Commercial Use
RTN4001RA9 (02-06)

## LOAN CONTRACT — SECURITY AGREEMENT

| Date Contract Printed: 12/30/2004 | Contract No: 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 |
|---|---|

17  ADI

| SELLER'S NAME AND ADDRESS | DEALER NUMBER | PHONE NUMBER | DATE ACCEPTED BY DEERE & COMPANY For Office Use Only |
|---|---|---|---|
| Beard Equipment Company 33 Industrial Court Freeport, FL 32439 | 17-9019 | 850-835-3337 | |

### PHYSICAL DAMAGE INSURANCE REQUIRED:  (See Provisions Below)

The insurance provided hereunder does not include liability insurance coverage for bodily injury or property damage caused to others.  If I desire liability insurance coverage, I should obtain such coverage from an agent of my choice.

| | NO. Pymts. | PREMIUM | |
|---|---|---|---|
| INSURANCE DISCLOSURES: I may obtain Physical Damage Insurance from anyone I want that is acceptable to you.  If I get this insurance through you, I will pay the premium shown at right.  No insurance will be provided unless I sign at the right and the premium is shown. | | | I want Physical Damage Insurance (Sign in this box) X |
| Credit Life Insurance is not required to obtain credit and will not be provided unless I sign at the right and the premium is shown.  The policy applies to the first named Debtor only. | NO. Pymts. | PREMIUM | I want Credit Life Insurance (Sign in this box) X          Age: |

| BORROWER'S NAME AND ADDRESS | | | TYPE OF BUSINESS |
|---|---|---|---|
| Broken Arrow Farm, L.L.C. P.O. Box 454 Florala, AL 36442 | BUYER'S SSN/TIN Number ~~⬛⬛⬛⬛⬛⬛~~4674 | BORROWER'S PHONE NO. ~~⬛⬛⬛⬛⬛⬛⬛~~ | LLC |
| | BORROWER RESIDES IN (County / State) Covington, AL | BORROWER AGREES TO KEEP GOODS IN (County, State) Covington, AL | |
| | NAME AND TITLE OF SIGNING OFFICER (If Corporation or Limited Liability Company) Drew W. Hoover-Member | | |

RECEIVED
JAN 1 1 2005
DEERE CREDIT SERVICES

THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE

| Document Number: 61044444 RTN4001RA912/30/2004 | ☐ Original Copy (JDC)   ☐ Dealer Copy   ☐ Customer Copy   ☐ Branch Copy | Equipment Type: I PAGE 1 OF 6 |
|---|---|---|

| CO-BORROWER'S NAME AND ADDRESS | CO-BORROWER'S SSN/TIN Number | CO-BORROWER'S PHONE NO. |
|---|---|---|
| Broken Arrow Farm, L.L.C.<br>P.O. Box 454<br><br>Florala, AL 36442 | ▆▆▆674<br>NAME AND TITLE OF CO-SIGNING OFFICER (If Corporation or Limited Liability Company)<br>Kimberly S. Hoover-Member | 850-834-4324 |

| CO-BORROWER'S NAME AND ADDRESS | CO-BORROWER'S SSN/TIN Number | CO-BORROWER'S PHONE NO. |
|---|---|---|
| Drew W. Hoover<br>211 Geohagen Circle<br><br>Laurel Hill, FL 32567 | ▆▆▆86<br>NAME AND TITLE OF CO-SIGNING OFFICER (If Corporation or Limited Liability Company) | 850-834-4324 |

| CO-BORROWER'S NAME AND ADDRESS | CO-BORROWER'S SSN/TIN Number | CO-BORROWER'S PHONE NO. |
|---|---|---|
| Kimberly S. Hoover<br>211 Geohagen Circle<br><br>Laurel Hill, FL 32567 | ▆▆▆7837<br>NAME AND TITLE OF CO-SIGNING OFFICER (If Corporation or Limited Liability Company) | 850-834-4324 |

I hereby apply to John Deere Construction & Forestry Company (together with its assigns, the "Lender") for a loan of the Amount Financed shown below, and on the following terms and conditions. The amount of the UNPAID BALANCE shown below on Line 3 is to be used to finance the BALANCE DUE on the PURCHASE ORDER executed in connection with the purchase from the Seller of the Equipment described below (the "Goods"). I agree that I have received the Goods. You can inspect the Goods at any reasonable time.

**PARTIES:** In this agreement, the words "I", "me", and "my" mean the persons, whether one or more, who sign it as "Borrower(s)" (who is also known as "Debtor(s)"). Except as contained in the Notice to Borrower(s) paragraph, the words "you" or "your" refer to the "Lender" or to anyone the Lender assigns this agreement.

**PROMISSORY NOTE:** If this Loan Contract is accepted by Lender, I promise to pay Lender or its order the TOTAL as in line 8 below, in MONTHLY INSTALLMENTS and/or INSTALLMENTS OTHER THAN MONTHLY as shown below. If more than one person signs this agreement as "Borrower" we will be jointly and severally liable for all amounts due under this agreement. I represent that the Goods are being purchased for a business, commercial or agricultural purpose.

**EQUIPMENT PURCHASED**

| QTY. | NEW/USED | MFR. | MODEL | GOODS (Equipment) | PRODUCT ID NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | New | JD | 650-H | LGP Crawler Dozer with | T0650HX937492 | $96,400.00 |

**TRADE-IN and CASH DOWN PAYMENT**

| QTY. | MFR. | MODEL | DESCRIPTION OF TRADE-IN (From Purchase Order) | PRODUCT ID NO. | AMOUNT |
|---|---|---|---|---|---|
| 1 | JD | 450-G | LGP Crawler Dozer<br>Allowance: $31,000.00  Payoff Amount: $28,104.35<br>Lien Holder: Deere Credit Services<br>Payoff Account: 043764674 AA<br>Phone Number: 800-323-8542 | 843827<br><br>Lender to make Payoff: Yes | $2,895.65 |
|  |  |  |  | TOTAL TRADE-IN: | $2,895.65 |
|  |  |  |  | CASH DOWN PAYMENT: | $10,950.00 |
|  |  |  |  | TOTAL TRADE-IN PLUS CASH DOWN: | $13,845.65 |

*payoff in process*

RECEIVED JAN 1 1 2005 DEERE CREDIT SERVICES

THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE

*CONTRACT INSTALLMENTS*

**DATE FINANCE CHARGE BEGINS:**

December 30, 2004

*Unless otherwise provided below payments are due each successive month on the same day of the month as the first payment*

| NUMBER OF PAYMENTS | AMOUNT OF EACH PAYMENT | FIRST PAYMENT DUE DATE |
|---|---|---|
| 60 | $1,722.34 | February 10, 2005 Monthly Thereafter |

The amounts shown below as Finance Charge, Total of Payments and Total Sale Price are estimates based upon the assumption that payments will be made on the scheduled payment due date according to the installment schedule. The actual Finance Charge, Total of Payments, and Total Sale Price may vary depending upon the early or late payment of scheduled installments.

*ITEMIZATION OF AMOUNT FINANCED*

| | | |
|---|---|---|
| SALES TAX (Paid to Govt. Agencies) | | $1,361.25 |
| CASH PRICE (Including Tax) | 1 | $97,761.25 |
| TOTAL DOWN PAYMENT (Sum of Trade-In & Cash Down Payment) | 2 | $13,845.65 |
| UNPAID BALANCE OF CASH PRICE (The amount credited to my account with you). | 3 | $83,915.60 |
| ADMINISTRATIVE FEES | 4A | $300.00 |
| OFFICIAL FEES (Paid to Public Officials) | 4B | $20.00 |
| INSURANCE (Credit Life and/or Physical Damage Paid to Insurance Companies). | 5 | $0.00 |
| AMOUNT FINANCED (Lines 3, 4A, 4B & 5). The amount of credit provided to me. | 6 | $84,235.60 |
| **FINANCE CHARGE** (Based on line 6) The dollar amount the credit will cost me. | 7 | $19,104.80 |
| TOTAL OF PAYMENTS (Lines 6 & 7) The amount I will pay if I make all payments as scheduled. | 8 | $103,340.40 |
| **ANNUAL PERCENTAGE RATE** (The cost of my credit as a yearly rate). | | 8.25% |
| TOTAL SALE PRICE (Lines 1, 4A, 4B, 6 & 7). The total price of my purchase on credit, including my Down Payment of $13,845.65 | | $117,186.05 |

**SECURITY AGREEMENT:** To secure the obligation evidenced by this contract and any other obligation that I may owe to Lender or to Lender's affiliates, I grant Lender a Security Interest in the Goods described above (which term includes items, if any, listed as "security" or "additional security") and all parts and accessories now or hereafter incorporated in or on such Goods by way of addition, accession or replacement. I also grant you a Security Interest in all proceeds, including insurance proceeds and refund of insurance premiums financed hereunder. I acknowledge that all security granted on any other Contract between myself and Lender or Lender's affiliates shall also secure the obligations described in this Contract. Buyer represents that all trade-in property, if any, is free and clear of all security agreements, liens and encumbrances.

**ADDITIONAL CONTRACT INFORMATION:** See all of the pages of this agreement for additional information regarding non-payment, default and early payment.

LATE PAYMENTS: In addition to promising to pay the installments set forth above, I promise to pay past due interest accrued from maturity on each installment in default more than 10 days at the highest rate permitted by applicable state law.

STATE LAW APPLYING: The construction and validity of this Agreement shall be controlled by the law of Iowa, where this agreement is accepted and entered into, and the validity of the security interest shall be controlled by the law of the state where the Goods are to be kept and used.

EARLY PAYMENT: I may prepay my obligation in full at any time prior to the original or any extended maturity and will be charged only for earned Finance Charges.

NSF FEES: If payment is made by a check which is dishonored, I agree to pay you a fee of $20 or such lesser amount specified by applicable law.

RECEIVED JAN 1 1 2005 DEERE CREDIT SERVICES

**THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE**

Document Number: 61044444  RTN4001RA812/30/2004

☐ Original Copy (JDC)   ☐ Dealer Copy   ☐ Customer Copy   ☐ Branch Copy

Equipment Type: I  PAGE 3 OF 6

**APPLICATION OF PAYMENTS AND PROCEEDS:** Any money that you get from me as well as any insurance proceeds, proceeds from the disposition of the Goods following repossession and returned insurance premiums may be applied, at your choice to what I owe under this Agreement or to any other debt I owe you, in spite of any instructions I may send you. Also, they may be applied to finance charges before the unpaid balance of the amount Financed and to late charges, charges for dishonored checks and past due interest before installments. If any proceeds from the sale of the Goods or insurance are applied to the debt, I remain liable to make each periodic payment described in this contract until it is paid in full. You can accept payments marked "paid in full" or with any other restrictive endorsements, without losing any of your rights under this Agreement.

**DEFAULT:** This contract shall be in default if: (a) I fail to pay any installment when due, (b) I attempt to sell or encumber any interest in the Goods, (c) I institute or have instituted against me proceedings under any bankruptcy or insolvency law, (d) I make an assignment for the benefit of creditors, (e) I fail to pay any taxes levied on the Goods, (f) any attachment, execution, writ or other process is levied against any of my property, (g) I fail at any time to keep the Goods properly insured as described below, (h) I remove the Goods, without prior written notice to Lender, from the location in which I have agreed to keep them, (i) I fail to maintain the Goods in good condition and repair or permit its value to be impaired, (j) I permit the Goods to be used in violation of any law, regulation or policy of insurance, (k) any representation, warranty or statement is made to Lender in connection with this agreement which is false in any material respect when made, (l) any legal entity such as a partnership, limited liability company or corporation that has agreed to pay this agreement ceases to do business, dissolves, liquidates its assets or terminates or fails to maintain is corporate existence, or (m) for any reason Lender deems the debt or security unsafe. In any such event Lender may take possession of any Goods in which Lender has a Security Interest and exercise any other remedies provided by law, and may immediately and without notice of intent to declare all of the indebtedness due and payable, declare the entire balance of this contract due and payable. In addition, to the extent permitted by law, Lender may collect all reasonable expenses, including attorneys' fees, incurred in realizing on the Security Interest granted hereunder, or otherwise enforcing the terms of this contract. Lender also has the right to take possession of the Goods or render the Goods unusable.

If you take possession of the Goods after I default, it shall be commercially reasonable for Lender to sell the Goods at a public or private sale: (i) at wholesale to a dealer in used goods of like kind;  (ii) at retail to a purchaser directly or through a dealer in such used goods; or (iii) to any John Deere dealer or comparable Lender or equipment through any on-line or in-person auction or other sale, such action shall constitute a commercially reasonable sale. I acknowledge that you may, instead of selling the security, lease or rent the security and such action shall be commercially reasonable so long as you apply the proceeds of such lease or rental to the indebtedness either as such payments are received, or based upon a present value of the scheduled lease or rental payments. The enumeration of the methods described in this paragraph are without limitation to the Lender's right to dispose of the Goods by any other manner or method, whether by sale, lease, or otherwise, in a commercially reasonable fashion. You also have the right to take possession of the Goods or to render the Goods unusable. A ten day notice of sale mailed to me at my address as shown on your records shall be considered reasonable notice, unless otherwise specified by law.  If I reside in Texas, I agree that any remaining amounts due under this contract after any default by me shall be payable to Lender or its order at Dallas, in Dallas County, Texas.

**RISK OF LOSS AND OTHER AGREEMENTS:** The Goods are held by me at my risk and expense with no abatement in my obligation on account of loss or damage. I will settle all claims of any kind against SELLER directly with SELLER and I will not use any such claim as a defense, setoff or counterclaim against any effort by Lender to enforce this contract. Waiver or condonation of any breach or default shall not constitute a waiver of any other or subsequent breach or default. To the extent permitted by law, I agree that a financing statement which describes either the security contained in this Contract or a financing statement which references all equipment currently or in the future financed by Lender or its assigns, may be filed in the appropriate governmental office without my signature. I agree that I will notify you whenever I change my state of location, as such term is used in Section 9-307 of the Uniform Commercial Code. FAX AND ELECTRONIC SIGNATURE: Each person who signs this contract agrees that any carbon signature, facsimile signature or electronic signature shall constitute an original signature within the meaning of applicable law, for all purposes. Any provision hereof prohibited by law shall be ineffective and deemed deleted to the extent of such prohibition and shall not invalidate any other provision hereof. Lender may correct patent or clerical errors in this contract, or in any purchase orders or financing statements executed in connection herewith. CONSENT TO RECORD CALLS: I consent and agree that my telephone conversations with you may be monitored and recorded to further improve your customer service.

RECEIVED

JAN 1 1 2005

DEERE CREDIT SERVICES

THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE

| Document Number: 61044444 | ☐ Original Copy (JDC) | ☐ Dealer Copy | ☐ Customer Copy | ☐ Branch Copy | Equipment Type: I |
| RTN4001RA912/30/2004 | | | | | PAGE 4 OF 6 |

**PHYSICAL DAMAGE INSURANCE PROVISIONS:** I agree that (except to the extent this contract is for service work) I will at all times keep the Goods insured against all risks of loss, damage or destruction for their full insurable value, with Lender listed as loss payee. I may choose the person through whom I obtain the insurance, but the insurance must be acceptable to Lender. Such insurance will provide that it may not be cancelled by me without Lender's consent and may not be cancelled by the insurer without at least 10 days written notice to Lender. I agree to provide Lender with evidence of the paid-up insurance policy that I have on the Goods within 15 days of the date of this contract and at least 30 days before the renewal date. It is understood that if I fail to deliver to Lender satisfactory evidence of paid-up insurance, Lender may, but shall not be obligated to, purchase such insurance. I agree to pay the cost thereof either at such time or times as Lender demands, together with interest thereon at the Contract Rate until paid, or to have such cost added as increases in the amounts of the installments at the sole discretion of Lender. If I provide evidence of paid-up insurance after these time periods, I agree to reimburse Lender for the cost of any insurance Lender purchased until the date such evidence is provided by me. In addition, if permitted by law, I agree to pay a reasonable administrative fee to Lender for obtaining and canceling such insurance.

I understand that I may meet this insurance requirement by having you purchase such insurance. Inclusion of an amount for Physical Damage Insurance in Insurance Disclosures box on the front of this contract will be my election to do this, but such insurance will only be purchased if John Deere Construction & Forestry Company accepts assignment of this agreement. Such insurance will cover the fair market value of the Goods at the time of loss and will remain in effect until my debt to you is paid in full, or your Security Interest in the Goods terminates, or I default under this contract and you cancel the insurance, or any of the Goods are repossessed, or the Retail Installment Sales Floater Policy under which you purchased the insurance is terminated.

If I default under this contract, I give you permission to cancel any insurance on the Goods and, if allowed by law, to apply any premium refunds to my debt to you with any excess returned to me.

Any proceeds payable to me from insurance by reason of loss, damage or destruction of the Goods may be applied to my outstanding debt to you or to replacement of the Goods, at your sole discretion.

I understand and agree that you may consider my debt in default if I fail to keep the Goods properly insured at any time before my debt to you is paid in full. If that happens, you may, but are not obligated to, buy insurance to protect the Goods and add the cost to my debt to you, and I promise to pay such additional cost upon your demand.

**FINANCE CHARGE START DATE:** I acknowledge that unless this Contract is not accepted by the Lender, the finance charge shall commence accruing on the date specified above, regardless of when I execute this Contract.

**NOTICE TO BORROWER(S): 1. Do not sign this contract before you have read it or if it contains blank spaces. 2. You are entitled to an exact and completely filled in copy of this contract when you sign it. Keep it to protect your legal rights. 3. Under law, you may have the following rights, among others: (a) to pay off in advance the full amount due and to obtain a partial refund of the finance charge, (b) to redeem the property if repossessed for a default within the time provided by law.**

I agree that the provisions on the pages of this form are part of my agreement with you and are also binding on me.

**Liability insurance coverage for bodily injury and property damage caused to others not included..**

**CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.**

I acknowledge receipt of a true copy hereof.

RECEIVED

JAN 1 1 2005

DEERE CREDIT SERVICES

THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE

| Document Number: 61044444 | ☐ Original Copy (JDC) | ☐ Dealer Copy | ☐ Customer Copy | ☐ Branch Copy | Equipment Type: I |
|---|---|---|---|---|---|
| RTN4001RA912/30/2004 | | | | | PAGE 5 OF 8 |

Broken Arrow Farm, L.L.C.

x _(signature)_                    12/30/04
Drew W. Hoover-Member              (Date Signed)

Broken Arrow Farm, L.L.C.

x _Kimberly S Hoover_              1-3-05
Kimberly S. Hoover-Member         (Date Signed)

_Drew W. Hoover_
x _Kimberly S Hoover_             1-3-05
Drew W. Hoover                    (Date Signed)

x _Kimberly S Hoover_            1-3-05
Kimberly S. Hoover               (Date Signed)

DATE AGREEMENT SIGNED: _____

Accepted By: JOHN DEERE CONSTRUCTION &
            FORESTRY COMPANY (Lender)
            6400 NW 86th Street, Johnston, IA 50131-6600

By _(signature)_
            (Authorized Signature)

_James Morgan_   7/18/05

RECEIVED

JAN 1 1 2005

DEERE CREDIT SERVICES

THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE

Document Number: 61044444       ☐ Original Copy (JDC)   ☐ Dealer Copy   ☐ Customer Copy   ☐ Branch Copy   Equipment Type: I

RTN4001RA912/30/2004                                                                                        PAGE 6 OF 6

043764674

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
UCC DEPARTMENT     1-888-427-8713

**B. SEND ACKNOWLEDGEMENT TO: (Name and Address)**

    JOHN DEERE CREDIT
    6400 NW 86TH STREET
    P. O. BOX 6630
    JOHNSTON, IA  50131

B 05-003372 FS
Alabama
Sec. Of State
Date 1/13/2005
Time 13:42 Pg
File Exp $20.00
Ackn $.00
Form $.00
Total $20.00
04/047

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BROKEN ARROW FARM, L.L.C. | | | | |
| **1b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO BOX 454 | FLORALA | AL | 36442 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | CORPORATION | AL | DLL 690-145 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| **2b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE or ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JOHN DEERE CONSTRUCTION & FORESTRY COMPANY | | | | |
| **3b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6400 NW 86TH STREET | JOHNSTON | IA | 50131 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

John Deere          650H      CRAWLER DOZER           S/N:  937492

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed (for Record) (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum (if applicable) | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional) | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
SOS       ALABAMA       470432       01/12/2005

FILING OFFICE COPY  – UCC FINANCING STATEMENT  (FORM UCC1) (REV. 05/22/02)