AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

JOHN DEERE CREDIT, a Delaware corporation, and DEERE & COMPANY, a Delaware corporation,

V.

DREW HOOVER and KIMBERLY HOOVER

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv150-MHT

TO: (Name and address of Defendant)

Drew Hoover
211 Geohagen Cir
Laurel Hill, FL 32567

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Von G. Memory
Memory & Day
P.O. Box 4054
Montgomery, AL 36013

an answer to the complaint which is served on you with this summons, within ~~20~~ 30 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                 2/21/07
CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

JOHN DEERE CREDIT, a Delaware corporation, and DEERE & COMPANY, a Delaware corporation,

V.

DREW HOOVER and KIMBERLY HOOVER

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv150-MHT

TO: (Name and address of Defendant)

Kimberly Hoover
211 Geohagen Cir
Laurel Hill, FL 32567

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Von G. Memory
Memory & Day
P.O. Box 4054
Montgomery, AL 36013

an answer to the complaint which is served on you with this summons, within 20 ~~30~~ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(By) DEPUTY CLERK

DATE 2/21/07