IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, INC.,** a Delaware corporation, and **DEERE & COMPANY,** a Delaware corporation,<br><br>**Plaintiffs,**<br><br>**V.**<br><br>**DREW HOOVER,** an individual, and **KIMBERLY HOOVER,** an individual,<br><br>**Defendants.** | Case No. 2:07-CV150-MHT |

## MOTION TO SUBSTITUTE PLAINTIFF
## FED. R. CIV. P. 25

COME NOW the Plaintiffs, by and through counsel, and move this Honorable Court to strike **John Deere Credit** as a party Plaintiff, and in lieu thereof, substitute **John Deere Construction & Forestry Company, Inc.,** in the above referenced civil action.

Respectfully submitted on February 22, 2007.

                Memory & Day

          By:  /S/ James L. Day
              James L. Day
              ASB-1256-A55J

              Von G. Memory
              ASB-8137-071V

              Attorneys for John Deere
              Construction & Forestry Company,
              Inc., and Deere & Company

OF COUNSEL:

2

Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date served a copy of the foregoing document on the following, by:

      ☒ placing same in the United States Mail, postage prepaid, and properly addressed

      ☒ E-mail or ECF (Pursuant to Fed. R. Bankr. P. 9036)

      ☐ facsimile

      ☐ hand delivery

      ☐ delivered in open court

on February 22, 2007.

Drew Hoover
211 Geohagen Cir
Laurel Hill, FL 32567

Kimberly Hoover
211 Geohagen Cir
Laurel Hill, FL 32567

                                                        /S/James L. Day
                                                        James L. Day