IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN DEERE CONSTRUCTION &   )
FORESTRY COMPANY, INC.,     )
and DEERE & COMPANY, a      )
Delaware corporation,       )
                            )
    Plaintiffs,             )
                            )       CIVIL ACTION NO.
    v.                      )        2:07cv150-MHT
                            )
DREW HOOVER and             )
KIMBERLY HOOVER,            )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motion to substitute (Doc. No. 3) is granted.

DONE, this the 1st day of March, 2007.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE