UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JOHN DEERE CREDIT, a Delaware )
corporation, and DEERE & COMPANY, a )
Delaware corporation, )
      PLAINTIFFS, )
VS. ) CASE NO. 2:07CV150-MHT
DREW HOOVER and KIMBERLY )
HOOVER, )
      DEFENDANTS. )

## ANSWER OF DEFENDANT, DREW HOOVER

COMES NOW the Defendant, Drew Hoover, by and through his undersigned attorney and respectfully files an Answer to the Plaintiffs' Complaint as follows, to-wit:

1. The Defendant, Drew Hoover, admits the allegations contained in Paragraphs 1, 2, 3, 4, 5 and 6 of the Plaintiffs' Complaint;

2. In response to Paragraph No. 7 of the Plaintiffs' Complaint the Defendant, Drew Hoover, would state from present information and belief he is a resident of the State of Alabama;

3. The Defendant, Drew Hoover, admits the allegations contained in Paragraphs 9, 10, 11, 12 and 13 of the Plaintiffs' Complaint;

4. For answers to Paragraphs 14, 15 and 16 of the Plaintiffs' Complaint, the Defendant, Drew Hoover, would at this time deny the totality of the allegations contained therein while demanding strict proof thereof;

5. For answer to Paragraph 17 of the Plaintiffs' Complaint, the Defendant, Drew Hoover, would re-allege the answers to Paragraphs 1 - 16;

6. The Defendant, Drew Hoover, would deny the allegations contained in Paragraphs 18 and

19 of the Plaintiffs' Complaint, and would demand strict proof thereof;

7. For answer to Paragraph 20 of the Plaintiff's Complaint, the Defendant, Drew Hoover, would re-allege the answers to Paragraphs 1 - 19;

8. The Defendant, Drew Hoover, would deny the allegations contained in Paragraphs 21 and 22 of the Plaintiffs' Complaint, and would demand strict proof thereof;

9. The Defendant, Drew Hoover, pleads the general issue;

10. The Defendant reserves the right to amend and/or further plead as the case proceeds.

Respectfully submitted this 19 day of March, 2007.

ESPY, METCALF & ESPY, P.C.

_____
C. H. Espy, Jr. (ASB-3696-S78C)
ATTORNEY FOR DEFENDANT, DREW HOOVER
P.O. Drawer 6504
Dothan, Alabama 36302-6504
(334) 793-6288

Certificate of Service

I, C. H. Espy, Jr., do hereby certify I have this date served a copy of the above and foregoing upon the following party either electronically or by placing a copy of same in the U.S. Mail, postage prepaid, on this 19 day of March, 2007.

Mr. Von G. Memory
MEMORY & DAY
Attorneys at Law
P.O. Box 4054
Montgomery, AL 36103-4054

_____
C. H. Espy, Jr.