IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, INC.,** a Delaware corporation, and **DEERE & COMPANY,** a Delaware corporation,<br><br>    Plaintiffs,<br><br>**V.**<br><br>**DREW HOOVER,** an individual, and **KIMBERLY HOOVER,** an individual,<br><br>    Defendants. | Case No. 2:07-cv-150 |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

> Deere & Company
> Deere Credit, Inc.
> John Deere Construction Equipment Company
> John Deere Construction & Forestry Company
> John Deere Credit

Respectfully submitted on March 20, 2007.

Memory *&* Day

By:  /S/ James L. Day
     James L. Day
     ASB-1256-A55J

- 2 -

        Von G. Memory
        ASB-8137-071V

        Attorneys for Plaintiffs

OF COUNSEL:

Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

## CERTIFICATE OF SERVICE

    I hereby certify that I have this date served a copy of the foregoing document on the following, by:

☒ placing same in the United States Mail, postage prepaid, and properly addressed

☒ E-mail or ECF (Pursuant to Fed. R. Bankr. P. 9036)

☐ facsimile

☐ hand delivery

☐ delivered in open court

on March 20, 2007.

Collier H. Espy, Jr., Esq.
Espy, Metcalf & Poston
PO Box 6504
Dothan, AL 36302-6504

Kimberly Hoover
211 Geohagen Circle
Laurel Hill, FL 32567

        /S/ James L. Day
        James L. Day