IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, INC., and DEERE & COMPANY, a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:07cv150-MHT |
| DREW HOOVER and KIMBERLY HOOVER, | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that defendant Kimberly Hoover show cause, if any there be, in writing by July 6, 2007, as to why plaintiffs' motion for entry of default judgment (Doc. No. 14) should not be granted. Defendant Kimberly Hoover is informed that if she fails to respond within the time allowed, the court will grant the motion and enter a judgment against her in the amount requested in the motion.

DONE, this the 15th day of June, 2007.

                    /s/ Myron H. Thompson
             UNITED STATES DISTRICT JUDGE