IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, INC., a Delaware corporation, and DEERE & COMPANY, a Delaware corporation,<br><br>**PLAINTIFFS,**<br><br>V.<br><br>**DREW HOOVER AND KIMBERLY HOOVER,**<br><br>**DEFENDANTS.** | Case No. 2:07-CV-150-MHT |

## NOTICE OF ADDRESS CHANGE

COME NOW the Plaintiffs, John Deere Construction & Forestry Company, Inc. and Deere & Company, by and through counsel and provide notice of an address change to the court for Defendant Kimberly Hoover:

    From:

    Kimberly Hoover
    211 Geohagen Circle
    Laurel Hill, FL 32567

    To:

    Kimberly Hoover
    1465 Clear Springs Road
    Laurel Hill, FL. 32567

An application for default judgment was filed by the Plaintiffs, June 13, 2007 (ECF Doc. 14) and show cause order issued to Defendant Kimberly Hoover, June 15, 2007 (ECF Doc. 15) at her old address.

It is respectfully requested that this Defendant be served with the show cause order at her new address and the show cause dates adjusted accordingly.

Respectfully submitted this the 19th day of June 2007.

                                                    Memory & Day

                                        By: /S/ James L. Day
                                               James L. Day
                                               ASB-1256-A55J

                                               Von G. Memory
                                               ASB-8137-071V

                                               Attorneys for Plaintiffs

OF COUNSEL

Memory & Day
Post Office Box 4054
Montgomery, Alabama 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001
Email  vgmemory@memorylegal.com
        jlday@memorylegal.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing document on the following, by:

    ☑ placing same in the United States Mail, postage prepaid, and properly addressed

    ☑ E-mail

    ☐ facsimile

    ☐ hand delivery

    ☐ delivered in open court

on June 19, 2007.

Kimberly Hoover
1465 Clear Springs Road
Laurel Hill, FL. 32567


Collier H. Espy, Jr., Esq.
Espy, Metcalf & Espy
PO Box 6504
Dothan, AL  36302-6504

/S/ James L. Day
James L. Day
