IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN DEERE CONSTRUCTION &    )
FORESTRY COMPANY, INC.,      )
and DEERE & COMPANY, a       )
Delaware corporation,        )
                             )
     Plaintiffs,             )
                             )  CIVIL ACTION NO.
     v.                      )    2:07cv150-MHT
                             )        (WO)
KIMBERLY HOOVER,             )
                             )
     Defendants.             )
```

OPINION

    This cause is now before the court on plaintiffs John Deere Construction & Forestry Company, Inc. and Deere & Company's motion for entry of default judgment in the amount of $84,293.45 against defendant Kimberly Hoover.

    The record in this case reflects that said defendant was served with a copy of the summons and complaint; that she failed to respond to the summons and complaint within the time allowed; and that she has failed to respond to an order of this court to show cause as to why final judgment should not be entered against her.  Accordingly,

this court is of the opinion that plaintiff's motion for entry of default judgment should be granted and that judgment by default in the amount requested should be entered against said defendant.

A judgment will be entered in accordance with this opinion.

DONE, this the 23rd day of July, 2007.

                                /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**