**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kimberly Hoover
   211 Geohagen Circle
   Laurel Hill, FL 32567

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kim Hoover
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Sansom
C. Date of Delivery: JUL 31 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:07cv150
   #17 order & #18 Judgment

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0005 4873 9280

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540